# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

      Plaintiff,

v.                                    Case No:   6:21-mc-156-PGB-LHP

ALEXANDER OROPEZA,

      Defendant

## ORDER

On August 14, 2017, a final judgment was entered in the United States District Court for the Western District of North Carolina in favor of Kenneth D. Bell, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a ZeekRewards.com ("Bell"), and against several individual class members, including Defendant Alexander Oropeza. Doc. No. 1-1. On September 20, 2021, Matthew Orso ("Orso"), as successor receiver to Bell, registered a certified copy of that foreign judgment with this Court. Doc. Nos. 1, 1-1. Nationwide Judgment Recovery, Inc. ("Nationwide") has since been substituted as the party-Plaintiff. Doc. No. 9.

Nationwide now seeks writs of garnishment to be issued against garnishees Orlando Federal Credit Union, Bank of America, N.A., and Wells Fargo Bank, N.A. Doc. Nos. 23–25.  Upon consideration, the motions (Doc. Nos. 23–25) are **DENIED WITHOUT PREJUDICE.**  The judgment against Alexander Oropeza is in the amount of $1,907.82, with post-judgment interest accruing at the rate specified under 28 U.S.C. § 1961 from the date of entry of the judgment until paid in full. Doc. No. 1-1, at 3.  However, the motions list the judgment amount as $2,611.35. *See* Doc. No. 23, at 3; Doc. No. 24, at 3; Doc. No. 25, at 3.  While it appears that Nationwide is adding in accrued post-judgment interest to date, Nationwide nowhere explains its calculations such that the Court can ascertain their accuracy. Any renewed motions must explain any differences in amounts sought versus the amounts listed in the actual judgment.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties